UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NARDIA GREAVES FOR N.G., *a minor*,<br><br>                          Plaintiff,<br><br>              v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                          Defendant. | No. 22-CV-1309 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 et seq.  The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case.  If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including any motion for attorneys' fees.

SO ORDERED.

Dated:     May 11, 2022
               New York, New York

_____
Ronnie Abrams
United States District Judge